UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE SAINT CONSULTING
GROUP, INC.,

        Plaintiff,

                                    Case No. 8:10-cv-01089-T-24-AEP

v.

AMANDA PAYNE,

        Defendant.

_____/

## ORDER GRANTING MOTION FOR
## TEMPORARY RESTRAINING ORDER

        This cause comes before the Court on the Motion for Temporary Restraining Order filed

by Plaintiff, The Saint Consulting Group, Inc. ("Saint"). (Doc. 15.)  The Court has reviewed the

motion, memorandum, amended complaint, and accompanying documents.  Upon consideration,

the Court finds that a temporary restraining order should be granted because it clearly appears

that immediate and irreparable harm will result before Defendant Amanda Payne can be heard in

opposition.

        Therefore, Plaintiff's Motion for Temporary Restraining Order (Doc. 15) is **GRANTED**.

**IT IS ORDERED** that:

1. Defendant Amanda Payne and her agents be enjoined, directly or indirectly from

    disclosing the fact of the Agreement and the terms of the Agreement, the facts and

    circumstances in any litigation or agency charge giving rise to this Agreement, or the

    existence of any claim that she has, or may have, that is subject to the release of

claims contained in the Agreement to anyone other than her attorney, except as compelled by a lawfully issued court order.

2. That Amanda Payne and her agents immediately cease and desist from contacting and/or communicating with any current or former Saint customer or client, or any employee or consultant of any current or former Saint customer or client, including without limitation David Bowlby.

3. That Amanda Payne immediately cease and desist from instigating, assisting, or participating in the making or publication of any statement that could libel or slander the reputation of Saint or its parents, subsidiaries and affiliates.

4. That Amanda Payne honor the obligations set forth in the Agreement and not breach the Agreement.

5. A hearing on Saint's Motion for Preliminary Injunction shall be held on **Thursday, June 24, 2010 at 11:00 a.m.** before the Honorable Susan C. Bucklew in Courtroom 14A of the Sam M. Gibbons U.S. Courthouse, located at 801 North Florida Ave, Tampa, Florida 33602;

6. Saint is directed to obtain immediate service of process on Payne. In addition to the summons and complaint, Saint must also serve all motions, briefs, affidavits, and exhibits submitted to the Court, as well as such additional affidavits or other papers upon which it will rely in seeking to convert the temporary restraining order into a preliminary injunction. Saint must also file proof of service with the Court.

7. This Temporary Restraining Order is entered on June 18, 2010 in Chambers in Tampa, Florida, and shall expire on June 28, 2010 at 1:30 p.m., unless extended or sooner terminated by order of the Court.

**IT IS SO ORDERED.**

*Done at 11:29 a.m. on June 18, 2010.*

SUSAN C. BUCKLEW
United States District Judge