UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE SAINT CONSULTING
GROUP, INC.,

       Plaintiff,

Case No. 8:10-cv-01089-T-24-AEP

v.

AMANDA PAYNE,

       Defendant.
_____/

**ORDER EXTENDING TEMPORARY**
**RESTRAINING ORDER**

This cause comes before the Court on a motion by Plaintiff, The Saint Consulting ("Saint"), Inc., to extend the Temporary Restraining Order in this case. (Doc. 25.)

Plaintiff served Defendant Amanda Payne with a copy of this motion by overnight delivery and by posting the motion at her last known address in Clearwater, Florida. Payne has not responded to the motion.

Because the Court needed to reschedule the hearing on the Motion for Preliminary Injunction in order for the Plaintiff to serve Payne with the Temporary Restraining Order, good cause exists to extend the Temporary Restraining Order until the preliminary injunction hearing at 9 a.m. on Tuesday, June 29.

Therefore, it is **ORDERED** that:

(1)    The temporary restraining order entered by this Court on June 18, 2010 (Doc. 18),

1

is extended to 9:00 a.m. on June 29, 2010.

(2)  Plaintiff must serve a copy of this Order on Defendant Amanda Payne by overnight delivery and by posting it at her last known address of 3021 State Road 590, Apartment #527, Clearwater, Florida 33759.

**IT IS SO ORDERED.**

*Done at 11:20 a.m. on June 28, 2010.*

SUSAN C. BUCKLEW
United States District Judge