UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE SAINT CONSULTING
GROUP, INC.,

       Plaintiff,

                                                                           Case No. 8:10-cv-01089-T-24-AEP

v.

AMANDA PAYNE,

       Defendant.
_____/

## ORDER GRANTING 3rd EXTENSION
## OF TEMPORARY RESTRAINING ORDER

This cause comes before the Court on the unopposed motion to extend the Temporary Restraining Order in this case until 9 a.m. on July 15, 2010. (Doc. 37.)

Because Defendant consents to the extension of the Temporary Restraining Order and for the reasons previously stated (Docs. 18, 28), it is **ORDERED** that the Temporary Restraining Order (Doc. 18) is extended until 9 a.m. on July 15, 2010.

**IT IS SO ORDERED.**

*Done at 9:45 a.m. on July 2, 2010.*

                                                              SUSAN C. BUCKLEW
                                                              United States District Judge

1