UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE SAINT CONSULTING GROUP, INC.,

    Plaintiff,

v.                                Case No. 8:10–cv–01089–T–24–AEP

AMANDA PAYNE

    Defendant.
_____/

## ORDER STAYING CASE

This cause comes before the Court on Defendant Amanda Payne's Suggestion of Bankruptcy (Doc. 44), which states that on June 8, 2010 Payne filed a voluntary petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court, Middle District of Florida, Case No. 9:10–bk–16481. Accordingly, it is ORDERED that:

(1) Pursuant to the provisions of 11 U.S.C. § 362(a), this case is automatically **STAYED**;

(2) The Clerk is directed to administratively **CLOSE** the case and terminate all pending motions;

(3) Plaintiff may reinstate this case to active status upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those proceedings. If this suit is resolved by the bankruptcy proceedings, Plaintiff, The Saint Consulting Group, Inc. shall promptly move for dismissal of this case; and;

(4) Plaintiff is directed to file and serve, on or before September 3, 2010, and every

two months thereafter, a status report regarding Defendant Amanda Payne's bankruptcy proceedings.

(5) The hearing scheduled for July 15, 2010 is **CANCELLED**.

**IT IS SO ORDERED.**

*Done on July 12, 2010.*

SUSAN C. BUCKLEW
United States District Judge