UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE SAINT CONSULTING
GROUP, INC.,

       Plaintiff,

Case No. 8:10-cv-01089-T-24-AEP

v.

AMANDA PAYNE,

       Defendant.
_____/

**ORDER LIFTING STAY,
RETURNING CASE TO ACTIVE STATUS &
DIRECTING RESPONSES**

The Court has been informed that the U.S. Bankruptcy Court for the Middle District of Florida on July 14, 2010 lifted the automatic stay, as to injunctive relief sought in this case, entered upon Defendant Amanda Payne's filing of a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code on July 9, 2010.[1]

Therefore, the Clerk is directed to return this case to **ACTIVE** status. The Order Staying Case (Doc. 45) is **VACATED** as to the injunctive relief sought in this case in accordance with the Order from the U.S. Bankruptcy Court.

Defendant Amanda Payne is ordered to filed an Amended or Corrected Answer to the Complaint, as to the claims for injunctive relief sought by the Plaintiff, and to file a response to

---

[1] See Order Granting the Saint Consulting Group, Inc.'s *Ex Parte* Emergency Motion for Relief from Automatic Stay. In re Debtor Amanda R. Payne, Case No. 8:10-bk-16481-MGW (Bankr. M.D. Fla. July 14, 2010).

the Motion for a Preliminary Injunction by **noon** on **July 16, 2010.**

Failure to file these responses on time, as directed by the Court, will result in sanctions.

**IT IS SO ORDERED.**

*Done on July 15, 2010.*

SUSAN C. BUCKLEW
United States District Judge