UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE SAINT CONSULTING
GROUP, INC.,

        Plaintiff,

                                        Case No. 8:10-cv-01089-T-24-AEP

v.

AMANDA PAYNE,

        Defendant.
_____/

**ORDER GRANTING**
**PRELIMINARY INJUNCTION**

       This cause came before the Court on the Motion for a Preliminary Injunction filed by

Plaintiff, The Saint Consulting Group, Inc. ("Saint").  (Doc. 2.)  At a hearing held on the motion

on July 21, 2010, Defendant Amanda Payne agreed to the Motion.  Accordingly, and for other

good cause, it is **ORDERED**:

       (1)      That Amanda Payne and her agents be enjoined, directly or indirectly from

disclosing the fact of the Settlement Agreement and General Release, which she executed in

favor of Saint on or about October 8, 2008 ("Agreement"), the terms of the Agreement, the facts

and circumstances in any litigation or agency charge giving rise to this Agreement (including,

without limitation, her allegation that Saint has a sexist culture), or the existence of any claim

that she has, or may have, that is subject to the release of claims contained in the Agreement to

anyone other than her attorney, except as compelled by a lawfully issued court order (and

1

provided first that she provide notice to Saint of any such court order).

(2)     That Amanda Payne and her agents immediately cease and desist from contacting and/or communicating with any current or former Saint customer or client, or any employees or consultants of any current or former Saint customer or client, including without limitation David Bowlby.

(3)     That Amanda Payne will in no way instigate, assist, or participate in the making or publication of any statement to anyone that could libel or slander the reputation of Saint or its parents, subsidiaries and affiliates.

(4)     In the event that Amanda Payne is compelled by legal subpoena or court order to provide information covered by Paragraph 5 of the Agreement, that Amanda Payne notify counsel for Saint immediately and transmit a copy of the legal subpoena or court order to counsel for Saint.

(5)     That Amanda Payne honor the obligations set forth in the Agreement, including without limitation her obligations with regard to Saint's Confidential and/or Proprietary Information set forth in Paragraph 8 of the Agreement, and not breach the Agreement.

**IT IS SO ORDERED.**

*Done on July 27, 2010.*

SUSAN C. BUCKLEW
United States District Judge