UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE SAINT CONSULTING
GROUP, INC.,

       Plaintiff,

v.

       Case No. 8:10-cv-01089-T-24-AEP

AMANDA PAYNE,

       Defendant.
_____/

**ORDER GRANTING**
**PERMANENT INJUNCTION**

This cause comes before the Court on Plaintiff The Saint Consulting Group, Inc.'s Unopposed Motion for a Permanent Injunction. (Doc. No. 64). This Court entered a Preliminary Injunction Order on July 27, 2010. (Doc. No. 61). According to the instant motion, Plaintiff, with consent of counsel for Defendant Amanda Payne, requests this Court to issue a permanent injunction in the form of the Preliminary Injunction Order. Accordingly, and for other good cause, it is **ORDERED**:

    (1)    That Amanda Payne and her agents be enjoined, directly or indirectly from disclosing the fact of the Settlement Agreement and General Release, which she executed in favor of Saint on or about October 8, 2008 ("Agreement"), the terms of the Agreement, the facts and circumstances in any litigation or agency charge giving rise to this Agreement (including, without limitation, her allegation that Saint has a sexist culture), or the existence of any claim

that she has, or may have, that is subject to the release of claims contained in the Agreement to anyone other than her attorney, except as compelled by a lawfully issued court order (and provided first that she provide notice to Saint of any such court order).

(2) That Amanda Payne and her agents immediately cease and desist from contacting and/or communicating with any current or former Saint customer or client, or any employees or consultants of any current or former Saint customer or client, including without limitation David Bowlby.

(3) That Amanda Payne will in no way instigate, assist, or participate in the making or publication of any statement to anyone that could libel or slander the reputation of Saint or its parents, subsidiaries and affiliates.

(4) In the event that Amanda Payne is compelled by legal subpoena or court order to provide information covered by Paragraph 5 of the Agreement, that Amanda Payne notify counsel for Saint immediately and transmit a copy of the legal subpoena or court order to counsel for Saint.

(5) That Amanda Payne honor the obligations set forth in the Agreement, including without limitation her obligations with regard to Saint's Confidential and/or Proprietary Information set forth in Paragraph 8 of the Agreement, and not breach the Agreement.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of September 2010.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record