UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE SAINT CONSULTING GROUP, INC.,

    Plaintiff,

v.                                  Case No. 8:10-cv-1089-T-24-AEP

AMANDA PAYNE,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Motion for Entry of Judgment in its Favor. (Doc. No. 70). On September 10, 2010, this Court entered an order granting Plaintiff's Unopposed Motion for Permanent Injunction. (Doc. No. 67). On December 1, 2010, this Court granted Plaintiff's Motion for Attorney's Fees and Costs in part and denied it in part, awarding Plaintiff $46,469.00 in attorney's fees and $1,578.60 in costs. (Doc. No. 69).

Accordingly, it is ORDERED AND ADJUDGED that the Clerk is directed to enter judgment in favor of Plaintiff The Saint Consulting Group and against Defendant Amanda Payne on Plaintiff's claim for injunctive relief in Count I of the Complaint and for attorney's fees and costs.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of December, 2010.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record